**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6458**

———————————

JONATHAN IDEMA; PATRICIA DAWN GLOSSON,

Plaintiffs - Appellants,

versus

GRETCHIN ROBINSON; ROBERT H. FOX; DILLARD
MARTIN; DELORES R. STEPHEN; TAMARA BARTLEY;
UNKNOWN DEFENDANTS, A THROUGH X,

Defendants - Appellees,

and

FEDERAL BUREAU OF PRISONS,

Defendant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CA-96-56-5-CT-F)

———————————

Submitted: February 12, 1998      Decided: February 26, 1998

———————————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jonathan Idema, Patricia Dawn Glosson, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing their complaint. The district court revoked in forma pauperis status that it had previously granted earlier in the proceeding and ordered Appellants to pay the filing fee. The court then dismissed the case when Appellants failed to comply with the fee order. Finding no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED